IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND; KENTUCKY LABORERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND; LABORERS' NATIONAL PENSION FUND; and KENTUCKY LABORERS – EMPLOYERS COOPERATION AND EDUCATION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> THE WINTER CONSTRUCTION COMPANY, a Georgia corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: ) ) ) ) ) ) ) ) ) ) ) |

## COMPLAINT

NOW COME the Plaintiffs, the KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND, the KENTUCKY LABORERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND, the LABORERS' NATIONAL PENSION FUND and the KENTUCKY LABORERS – EMPLOYERS COOPERATION AND EDUCATION TRUST, by and through their counsel, JOHNSON & KROL, LLC, complaining of Defendant the WINTER CONSTRUCTION COMPANY, and allege as follows:

### JURISDICTION AND VENUE

1. This action arises under Sections 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA"). (29 U.S.C. §§ 1132 and 1145). The Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

2. Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) in that the KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND is located and administered at 1996 Bypass South, Lawrenceburg, Anderson County, Kentucky in the Eastern District of Kentucky, Frankfort Division.

## PARTIES

3. The KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND ("WELFARE FUND"), KENTUCKY LABORERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND ("TRAINING FUND") and LABORERS' NATIONAL PENSION FUND ("PENSION FUND") (collectively "TRUST FUNDS") are Taft-Hartley benefit funds which provide benefits to their participants and, therefore, are multiemployer plans under 29 U.S.C. § 1002.

4. The TRUST FUNDS are fiduciaries within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(8), and are authorized to bring lawsuits on behalf of their participants and beneficiaries.

5. The KENTUCKY LABORERS - EMPLOYERS COOPERATION AND EDUCATION TRUST ("LECET") is a labor management cooperation committee that is jointly administered by the Kentucky Laborers District Council ("District Council") and construction industry employers in Lawrenceburg, Kentucky.

6. The LECET is the collection agent for the Ohio Valley and Southern States Laborers Employers Cooperation and Education Trust.

7. The TRUST FUNDS and LECET are also third-party beneficiaries of the collective bargaining agreements between the employers and various local unions, including Laborers' Local Union No. 1392 affiliated with the District Council.

8. The WINTER CONSTRUCTION COMPANY ("WINTER") is a Georgia corporation with its principal place of business located at 5616 Peachtree Road, Suite 100, Atlanta, Georgia 30341.

## COUNT I
## BREACH OF THE LABOR AGREEMENT

9. Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1-8 of this Complaint with the same force and effect as if fully set forth herein.

10. WINTER is an employer engaged in an industry affecting commerce which agreed to be bound by the terms of a Project Maintenance and Modification Agreement ("PMMA") for work performed for the Tennessee Valley Authority ("TVA"), with several international unions, including the Laborers' International Union of North America ("LIUNA").  (A copy of the PMMA is attached hereto as **Exhibit 1**); (A copy of the Project Agreement signed by WINTER on February 22, 2021, is attached as **Exhibit 2**).

11. The TVA Paradise Power Plant project is within Laborers' Local Union No. 1392's jurisdiction.

12. Article 12, Paragraph 2 of the PMMA provides in part as follows:

> The Contractor and covered Subcontractors shall make health and welfare and pension trust contributions to the applicable fund identified by the Council, but shall not otherwise sign trust fund participation agreements unless legally required per the trust documents.

(**Exhibit 1**).

13. The wage and contribution rates for each trade are set by the PMMA. (**Exhibit 1**; PMMA, Ex. A).

14. The wage schedule, effective the first pay period after January 1, 2021, contains language that states "Health and Welfare and Pension contributions may vary for some crafts by local area from those listed in this exhibit." (**Exhibit 1**; PMMA, Ex.A, Endnote 1(a)).

15. For work performed in Laborers' Local Union No. 1392's jurisdiction, the hourly contribution rates to the TRUST FUNDS and LECET during 2021 were as follows:

| Fund: | Hourly Contribution Rate: |
|---|---:|
| PENSION FUND | $3.40 |
| WELFARE FUND | $8.20 |
| TRAINING FUND | $0.38 |
| LECET | $0.10 |

(A copy of a December 22, 2020 letter sent to TVA contractors by Laborers' Local Union No. 1392 is attached as **Exhibit 3**).

16. As an employer who pays contributions to the TRUST FUNDS, WINTER is bound to the terms of TRUST FUND's Agreements and Declarations of Trust ("Trust Agreements").

17. Pursuant to the Delinquency, Audit, and Other Payment Procedures ("Collection Procedures") adopted by the TRUST FUNDS, contributions are due and payable on or before the tenth (10th) day of the month immediately preceding the Eligibility Month for which the contributions are being paid.  (A copy of the Collection Procedures is attached as **Exhibit 4**).

18. Pursuant to the Collection Procedures, employers who fail to submit their monthly contribution reports and contributions to the TRUST FUNDS on a timely basis are responsible for payment of liquidated damages at a rate of ten percent (10%) of the delinquent contributions, interest at the rate of ten percent (10%) per annum, plus attorneys' fees and costs. (**Exhibit 4**).

19. In order to verify WINTER's compliance with the PMMA, the TRUST FUNDS and LECET hired an independent reviewer to conduct a payroll compliance audit of WINTER's payroll books and records for the period of April 1, 2021, through September 30, 2021.

20. The audit revealed that WINTER failed to make required contributions for work performed at the TVA Paradise Power Plant by its laborer employees to the TRUST FUNDS and LECET in the amount of $35,551.44, which resulted in liquidated damages and interest of $4,819.89, itemized as follows:

| Fund: | Contributions: | Interest: | LDs: | Total: |
|---|---|---|---|---|
| PENSION FUND | $10,006.20 | $355.97 | $1,000.62 | **$11,362.79** |
| WELFARE FUND | $24,132.60 | $858.52 | $2,413.26 | **$27,404.38** |
| TRAINING FUND | $1,118.34 | $39.80 | $111.83 | **$1,269.97** |
| LECET | $294.30 | $10.46 | $29.43 | **$334.19** |
| | $35,551.44 | $1,264.75 | $3,555.14 | $40,371.33 |

(A redacted copy of the Audit Report is attached as **Exhibit 5**).

21. WINTER has a continuing obligation to pay contributions to the TRUST FUNDS and LECET for work performed by its laborer employees at the TVA Paradise Power Plant project. As a result, WINTER may owe additional amounts over and above what is identified in the audit report.

22. Plaintiffs have been required to employ the undersigned attorneys to collect the monies that are due and owing by WINTER.

23. Plaintiffs have complied with all conditions precedent in bringing this suit.

24.     WINTER is obligated to pay the attorneys' fees and court costs incurred by the Plaintiffs pursuant to the PMMA, Trust Agreements, Collections Procedures and 29 U.S.C. §1132(g)(2)(D).

**WHEREFORE**, Plaintiffs respectfully request the following relief:

A.     That Judgment be entered in favor of Plaintiffs and against WINTER in the aggregate amount of $40,371.33, itemized as follows:

    i.     $10,006.20 in delinquent contributions to the PENSION FUND;

    ii.     $1,356.59 in liquidated damages and interest to the PENSION FUND for the untimely payment of contributions;

    iii.     $24,132.60 in delinquent contributions to the WELFARE FUND;

    iv.     $3,271.78 in liquidated damages and interest to the WELFARE FUND for the untimely payment of contributions;

    v.     $1,118.34 in delinquent contributions to the TRAINING FUND;

    vi.     $151.63 in liquidated damages and interest to the TRAINING FUND for the untimely payment of contributions;

    vii.     $294.30 in delinquent contributions to LECET; and

    viii.     $39.89 in liquidated damages and interest to LECET for the untimely payment of contributions.

B.     That WINTER be ordered to pay the reasonable attorneys' fees and costs incurred by the Plaintiffs pursuant to the PMMA, Trust Agreements, Collections Procedures and 29 U.S.C. §1132(g)(2)(D); and

C.     That Plaintiffs have such other and further relief as the Court may deem just and equitable, all at the cost of WINTER, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully Submitted,

**KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND** *et al.*

/s/ Dennis R. Johnson
Dennis R. Johnson (KY Bar No. 96387)
*One of Plaintiffs' Attorneys*
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
Telephone: (312) 372-8587
Fax: (312) 255-0449
johnson@johnsonkrol.com