IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | |
|---|---|
| KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND; KENTUCKY LABORERS JOINT APPRENTICESHIP AND TRAINING TRUST FUND; LABORERS NATIONAL PENSION FUND and KENTUCKY LABORERS – EMPLOYERS COOPERATION AND EDUCATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WINTER CONSTRUCTION COMPANY, a Georgia corporation,<br><br>Defendant. | Case No. 3:22-cv-4 GFVT<br><br>(Electronically Filed) |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.6, the Plaintiffs move to withdraw the appearance of attorney Michael S. Vojta as a counsel of record for the Plaintiffs in this case. In support whereof, the Plaintiffs state as follows:

1. The Complaint in this case was filed on January 13, 2022. (Docket No. 1).

2. On January 13, 2022, an appearance for Attorney Dennis R. Johnson of Johnson & Krol, LLC was filed.

3. Attorney Michael S. Vojta was a Senior Attorney with the law firm of Johnson & Krol, LLC and is admitted to bar of the State of Illinois and the Northern District of Illinois.

4. On February 18, 2022, Attorney Michael S. Vojta was admitted *pro hac vice* to the Eastern District of Kentucky. (Docket No. 8).

5. The appearance of Attorney Michael S. Vojta was in addition to, and not a substitution for, Attorney Dennis R. Johnson.

1

6. Attorney Michael S. Vojta's last day of employment at Johnson & Krol, LLC is April 21, 2022.

7. Attorney Michael S. Vojta will no longer represent the Plaintiffs after that date.

8. Attorney Dennis R. Johnson of Johnson & Krol, LLC will remain attorney of record and lead counsel in this case.

9. As Attorney Dennis R. Johnson of Johnson & Krol, LLC is remaining as an attorney of record in this case, the Plaintiffs ask that written consent not be required.

**WHEREFORE,** the Plaintiffs respectfully request that the appearance of attorney Michael S. Vojta be withdrawn, and further request all other just and appropriate relief.

    Respectfully Submitted,

    **KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND *et al.***

    /s/ Michael S. Vojta - 6278647
    One of Plaintiffs' Attorneys

Michael S. Vojta
**Johnson & Krol, LLC**
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312)757-5472
vojta@johnsonkrol.com

2

**CERTIFICATE OF SERVICE**

    I, Michael S. Vojta, certify that on April 20, 2022, I served the foregoing **Motion for Leave to Withdraw Appearance of Counsel** on Counsel for the Defendant via the Court's CM/ECF electronic filing system and Email at the addresses below:

The Winter Construction Company
C/O Mr. Ray Haley, Attorney
220 West Main Street, Suite 1700
Louisville, KY 40202
rhaley@fisherphillips.com

                                                                     /s/ Michael S. Vojta
                                                                      Michael S. Vojta (IL ARDC No. 6278647)
                                                                      Johnson & Krol, LLC
                                                                      311 S. Wacker Dr., Suite 1050
                                                                      Chicago, Illinois 60606
                                                                      Email:  vojta@johnsonkrol.com
                                                                      Phone: (312) 757-5472
                                                                      Fax: (312) 255-0449