UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:22-cv-00004-GFVT-EBA

KENTUCKY LABORERS DISTRICT
COUNCIL HEALTH AND WELFARE
TRUST FUND *et al*,                                                                                         PLAINTIFFS,

V.                                                        **ORDER**

THE WINTER CONSTRUCTION
COMPANY,                                                                                                    DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiffs' Motion to Withdraw. [R. 14]. Plaintiff moves for an order allowing Michael S. Vojta leave to withdraw as counsel of record pursuant to Local Rule 83.6. Having considered the motion, and being sufficiently advised,

**IT IS ORDERED** that Plaintiffs' motion, [R. 14], is **GRANTED**.

Signed April 21, 2022



Signed By:
*Edward B. Atkins*   *EBA*
**United States Magistrate Judge**