UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE TRUST FUND, *et al.*, | ) ) ) ) | Civil No. 3:22-cv-00004-GFVT |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| THE WINTER CONSTRUCTION COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court upon the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [R. 16.] Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** that all claims in this matter by the Plaintiffs against Defendant The Winter Construction Company, are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees. This case is **STRICKEN** from the Court's active docket

This the 14th day of July, 2022.

Gregory F. Van Tatenhove
United States District Judge